# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ISAAC DEWAYNE RUSSELL                                                                          PLAINTIFF
ADC #132326

V.                                          NO: 5:06CV00269 GH/HDY

TERI KENNEDY *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motions to dismiss (docket entries #43 & #51) are DENIED.

DATED this 1st day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE